1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DANIEL JOSEPH CARPENTER,            No. CIV S-10-2750-CMK-P

12              Plaintiff,

13       vs.                            ORDER

14   ARNOLD SCHWARZENEGGER, et al.,

15              Defendants.

16   _____/

17           Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.   Pending before the court is plaintiff's motion for either a stay or an

19   extension of time (Doc. 17).

20           On November 15, 2011, the court issued an order dismissing plaintiff's complaint

21   with leave to file an amended complaint within 30 days.  Petitioner states in his motion that due

22   to lack of supplies[1] (a typewriter and his legal papers), which he is in the process of attempting to

23   resolve, he requires either these proceedings to be stayed or additional time in which to file his

24   _____

25           [1]      Although plaintiff indicates the defendants are responsible for the lack of supplies,
     the court notes that the only defendants named thus far in this action are supervisory defendants
     who are not located at plaintiff's place of confinement.  It does not appear possible, therefore,
26   that the defendants have anything to do with plaintiff's lack of supplies.

                                             1

amended complaint.

The undersigned does not find any appropriate basis in which to stay these proceedings. However, there appears to be good cause for extending the time for plaintiff to file his amended complaint, and that request is granted. Plaintiff shall file an amended complaint within 30 days of the date of this order. Plaintiff is again warned that failure to file an amended complaint within the time provided may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 11-110.

IT IS SO ORDERED.

DATED:  December 29, 2011

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE