IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL JOSEPH CARPENTER,            No. CIV S-10-2750-CMK-P

    Plaintiff,

  vs.                              ORDER

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for either a stay or an extension of time (Doc. 17).

    On November 15, 2011, the court issued an order dismissing plaintiff's complaint with leave to file an amended complaint within 30 days. Petitioner states in his motion that due to lack of supplies[1] (a typewriter and his legal papers), which he is in the process of attempting to resolve, he requires either these proceedings to be stayed or additional time in which to file his

---

[1] Although plaintiff indicates the defendants are responsible for the lack of supplies, the court notes that the only defendants named thus far in this action are supervisory defendants who are not located at plaintiff's place of confinement. It does not appear possible, therefore, that the defendants have anything to do with plaintiff's lack of supplies.

amended complaint.

The undersigned does not find any appropriate basis in which to stay these proceedings. However, there appears to be good cause for extending the time for plaintiff to file his amended complaint, and that request is granted. Plaintiff shall file an amended complaint within 30 days of the date of this order. Plaintiff is again warned that failure to file an amended complaint within the time provided may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 11-110.

IT IS SO ORDERED.

DATED: December 29, 2011

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE