# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL JOSEPH CARPENTER,          No. CIV S-10-2750-MCE-CMK-P

    Plaintiff,

  vs.                                                              ORDER

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to the court by the Ninth Circuit Court of Appeals to certify whether the appeal is taken in good faith.  See 28 U.S.C. § 1915(a)(3).

        Having reviewed the entire file, the court concludes that the appeal is not taken in good faith.  As stated in the court's February 22, 2012, findings and recommendations, this action was dismissed, without prejudice, for plaintiff's failure to prosecute and comply with court rules and order.  Specifically, plaintiff's complaint was dismissed at screening, but plaintiff was given leave to file an amended complaint.  Plaintiff failed to do so, even after additional time was given.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. This appeal is frivolous and <u>not</u> taken in good faith;

2. Plaintiff's in forma pauperis status is appropriately revoked; and

3. The Clerk of the Court is directed to serve a copy of this order on the Pro Se Unit at the Ninth Circuit Court of Appeals.

Dated: August 21, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE